UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 NOV 20 PM 3:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

GREGORY L. REASER, )
)
Plaintiff, )
)
vs. ) CV-00-S-3109-NE
)
DAVID J. WISE, et al., )
)
Defendants. )

ENTERED
NOV 20 2002

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation (Document #44) on October 25, 2002, recommending that the motions for summary judgment filed by defendants Haley, Hooks, and Wise regarding plaintiff's privacy and Eighth Amendment claims be GRANTED. The parties were allowed fifteen (15) days in which to file written objections to the magistrate judge's recommendations. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. The Court EXPRESSLY FINDS there are no genuine issues of material fact with regard to plaintiff's claims that his right to privacy was unconstitutionally infringed or that defendants Haley, Hooks, and Wise implemented a policy to violate his right to privacy. Accordingly, defendants Haley, Hooks, and Wise are entitled to judgment as a matter of law concerning same. The Court also EXPRESSLY FINDS there are no genuine issues of material fact showing that defendants Haley, Hooks, and Wise were deliberately indifferent to plaintiff's conditions of confinement in violation of the plaintiff's



Eighth Amendment right to be free from cruel and unusual punishment. Accordingly, defendants Haley, Hooks, and Wise are entitled to judgment as a matter of law.

Therefore, the motions for summary judgment filed by defendants Haley, Hooks, and Wise are due to be GRANTED, and these claims are due to be DISMISSED WITH PREJUDICE.

An appropriate order will be entered.

DATED this **20th** day of **November**, 2002.

*[signature]*
UNITED STATES DISTRICT JUDGE